| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Barbara Lanning<br>Special Agent: Brady Rees | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Malik Brooks

Case No.

Case: 2:25−mj−30433
Assigned To : Unassigned
Assign. Date : 7/7/2025
Description: RE: MALIK BROOKS
(EOB)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michiganb__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brady Rees, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 7, 2025

_____
*Judge's signature*

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brady W. Rees, being first duly sworn, hereby state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since January 2016, and I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a police officer with the City of Novi, Michigan, for approximately three years. I also have a bachelor's degree in criminal justice.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

4. ATF is currently investigating Malik BROOKS for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

5. On July 1, 2025, at approximately 6:00 p.m., Detroit Police officers on patrol in the area of Casino Street in Detroit, Michigan stopped a White Chevrolet Sonic for a traffic infraction and having no insurance. As the officers approached the car, the driver—later identified as BROOKS—told the officers he was on his way back from purchasing marijuana. BROOKS then showed the officer a small bag of marijuana. The officer also observed a freshly burnt marijuana cigarette and ashes in the center console of the vehicle.

6. The officers inquired about BROOKS' passengers. Officers learned the female in the front passenger and the male in the back seat were both under the age of 21. The officers had all three occupants step out of the vehicle.

7. An officer searched BROOKS' vehicle. The officer observed two different calibers of loose ammunition in the pocket of the driver's side door panel, including .32 caliber ammunition bearing the headstamp "Hornady 32 Auto.". The officer continued to search and found a black and brown KelTec P32, .32 handgun in a compartment near the steering wheel. The officer continued to search and found a loaded black 9mm handgun with no identifiable markings or serial numbers (a "ghost gun"), equipped with an extended magazine behind the rear passenger seat. The ammunition in the 9mm handgun was 9mm, bearing the headstamp "RP Luger 9mm."

8.      While two of the officers were discussing the caliber of the KelTec handgun, BROOKS informed the officers it was a .32 caliber handgun. BROOKS claimed ownership of both guns in the vehicle.

9.      On July 7, 2025, I contacted ATF Interstate Nexus Expert Special Agent Michael Jacobs and provided a verbal description of the KelTec P32, .32 handgun, the .32 caliber ammunition bearing the headstamp "Hornady 32 Auto," and the 9mm ammunition bearing the headstamp "RP Luger 9mm." SA Jacobs advised the firearm and ammunition were manufactured outside of Michigan and therefore have traveled in and affected interstate commerce.

10.     I reviewed a computerized criminal history (CCH) and records from Wayne County's Third Circuit Court regarding BROOKS. I learned that BROOKS has been charged with the following felony offenses:

   a. On or about May 31, 2019, BROOKS was charged with one count of felony controlled substances—deliver/manufacture < 50 grams of narcotics. On June 28, 2019, BROOKS pleaded guilty to a reduced count of felony controlled substances—possession < 25 grams of narcotics in Wayne County's Third Circuit Court. BROOKS was sentenced to probation under the Holmes Youthful Trainee Act ("HYTA") in September 2019. BROOKS violated probation several

times. Ultimately, BROOKS' HYTA status was revoked in April 2021, and he was resentenced to 180 days' incarceration.

    b. On or about August 21, 2019, BROOKS was charged with one count of felony controlled substances—deliver/manufacture < 50 grams of narcotics. On September 17, 2019, BROOKS pleaded guilty as charged in Wayne County's Third Circuit Court. BROOKS was sentenced to probation under the Holmes Youthful Trainee Act ("HYTA") in October 2019. BROOKS violated probation several times. Ultimately, BROOKS' HYTA status was revoked in April 2021, and he was resentenced to 180 days' incarceration.

    c. On or about April 1, 2023, BROOKS was charged with multiple felony counts of felonious assault, felony firearm, felon in possession of a firearm, and domestic violence. On April 19, 2023, BROOKS waived his preliminary examination and was bound over to the Wayne County Third Circuit Court. Ultimately, the case was dismissed without prejudice on the day of trial.

11. Based on BROOKS' felony convictions, and the fact that he has previously been charged with the offense felon in possession of a firearm, probable cause exists that BROOKS is aware of his status as a convicted felon and his prohibition from possessing firearms. Moreover, based on my training and

experience, when an individual pleads guilty to a crime, as in this case, the court advises the defendant they are pleading guilty to a felony.

## **CONCLUSION**

12.     Based upon the aforementioned facts stated herein, there is probable cause to believe BROOKS, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a black and brown KelTec P32, .32 handgun, .32 caliber ammunition, and 9mm ammunition, said firearm and ammunition having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).  This violation occurred on or about July 1, 2025, in Detroit, Michigan, in the Eastern District of Michigan.

                                                                Respectfully submitted,

                                                                _____
                                                                Brady Rees
                                                                Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge


Dated:  July 7, 2025